**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | |
| | ) | |
| v. | ) | ID No.    1201018188 |
| | ) | |
| CLAUDE LACOMBE, | ) | |
| | ) | |
| Defendant. | ) | |

Submitted:  September 12, 2024
Decided:  September 18, 2024

## ORDER

1.  On this 18th day of September, 2024, upon consideration of the Superior Court Commissioner's Report and Recommendations,[1] Defendant Claude LaCombe's ("Defendant") *pro se* Motion for Postconviction Relief and Motion for Correction of an Illegal Sentence (collectively, the "Motions")[2] made pursuant to Superior Court Criminal Rule 61, and the record in this case, it appears to the Court that:

2.  On May 10, 2024, Defendant filed the instant Motion for Postconviction Relief.[3]  Also on May 10, 2024, Defendant filed the instant Motion for Correction of an Illegal Sentence.[4]  The Motions were referred to the Commissioner pursuant to 10 *Del. C.* § 512(b) and Rule 62 for proposed findings of fact and conclusions of

---

[1] D.I. 144.
[2] D.I.s 138, 139.
[3] D.I. 138.
[4] D.I. 139.

law.  On August 29, 2024, the Commissioner issued a Report and Recommendation in which she recommended that the Court summarily dismiss Defendant's Motion for Postconviction Relief as procedurally barred and deny the Motion for Correction of an Illegal Sentence.[5]

3. A party can file and serve written objections to a Commissioner's order "[w]ithin ten days after filing of a Commissioner's proposed findings of fact and recommendations."[6]  Neither party filed and served an objection on or before September 12, 2024, ten days after the Commissioner filed her Report and Recommendations.

4. The Court adopts the Commissioner's Report and Recommendations in their entirety for the reasons set forth therein.  The Commissioner's findings are not clearly erroneous, contrary to law, or an abuse of discretion.[7]  Accordingly, the Motions are hereby **DENIED.**

**IT IS SO ORDERED.**

_____
Sheldon K. Rennie, Judge

Original to Prothonotary

cc:    Claude LaCombe (SBI #00552189)

---

[5] D.I. 144.
[6] Super. Ct. Crim. R. 62(a)(5)(ii).
[7] Super. Ct. Crim. R. 62(a)(4)(iv).